UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lauren Hall v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20123-DRH |
| *Alice Kuntzelman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12685-DRH |
| *Erin Murphy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11154-DRH |
| *Tracy Parry, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12732-DRH |
| *Jaime Rowzer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10877-DRH |
| *Carrissa Ubersox v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11832-DRH |
| *Jaynee Weiss v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10774-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 11, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                      **JUSTINE FLANAGAN,**
                                                      **ACTING CLERK OF COURT**

                                                      **BY:** __/s/*Caitlin Fischer*__
                                                                **Deputy Clerk**

**Dated:** July 11, 2014

Digitally signed by David R. Herndon
Date: 2014.07.11 16:37:47 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**